IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-162-BO-1

UNITED STATES OF AMERICA    :
                                 :

          v.                 :

                                 :

CARLOS FLORES-VICTORIA    :

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of the Memorandum of Plea Agreement entered into by the defendant, Carlos Flores-Victoria, on July 28, 2015, the following property is hereby forfeitable pursuant to 18 U.S.C. § 981 (a)(1)(C), to wit:

a) any and all alien registration receipt cards,

b) any and all Social Security cards, and

c) other false documents seized by law enforcement authorities; and

WHEREAS, by virtue of said Memorandum of Plea Agreement and the defendant's agreement therein, the United States is now entitled to possession of said property pursuant to 18 U.S.C. § 981(a)(1)(C);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant, Carlos Flores-Victoria, the United States is hereby authorized to seize the above-stated property, and it is hereby

1

forfeited to the United States for disposition in accordance with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. In accordance with Supplemental Rule G(4)(i)(A), the Government is not required to publish notice, as the property forfeited is worth less than $1,000. In addition, as no other potential claimants are known, no direct notice need be provided.

SO ORDERED. This 29 day of October , 2015.


TERRENCE W. BOYLE
United States District Judge

2